# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 06, 2018

Jessica Lyublanovits
U.S. District Court
401 SE 1ST AVE STE 243
GAINESVILLE, FL 32601-6895

Appeal Number: 18-11720-EE
Case Style: Matthew Hintze, et al v. John Spence, et al
District Court Docket No: 1:17-cv-00018-MCR-GRJ
Secondary Case Number: 13-bkc-01007-KKS

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 18-11720

_____

District Court Docket No.
1:17-cv-00018-MCR-GRJ,
Bkcy No. 13-bkc-01007-KKS

In re:

        MATTHEW BRUCE HINTZE,
        LARINA K. HINTZE,

                Debtors.

_____

1:17-CV-00018-MCR-GRJ

MATTHEW BRUCE HINTZE,
LARINA K. HINTZE,

                Plaintiffs - Appellants,

versus

JOHN SPENCE,
SHEILA SPENCE,
INTERMED BIOLOGICAL SERVICE, INC.,
DAVID WHITNEY,
FLH HOLDINGS OF FLORIDA LLC,

                Defendants - Appellees.

_____

1:17-CV-00101-MCR-GRJ

MATTHEW BRUCE HINTZE,
LARINA K. HINTZE,

                Plaintiffs - Appellants,

**ISSUED AS MANDATE 11/06/2018**

versus

THERESA M. BENDER,

                                              Defendant - Appellee.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 13, 2018
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna Clark

**ISSUED AS MANDATE 11/06/2018**